

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MARTHA BAÑUELOS CANALES, | § | No. 08-22-00098-CV |
| APPELLANT, | § | Appeal from the |
| v. | § | County Court at Law Number 4 |
| BENITO MARTINEZ, | § | of El Paso County, Texas |
| APPELLEE. | § | Cause No. 2022-CCV00232 |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX. R. APP. P. 43.5, for performance of the judgment and all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF FEBRUARY 2023.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.